IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSTY LUGO,

    Plaintiff,                    No. 2:09-cv-0603 JFM (PC)

vs.

WALKER, et al.,

    Defendants.               ORDER

_____/

        Plaintiff has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed May 1, 2009, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this action, plaintiff shall show cause, in writing, why this action should not be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: June 23, 2009.

                                                UNITED STATES MAGISTRATE JUDGE

/001; lugo0603.osc