IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSTY LUGO,

        Plaintiff,                            No. 2:09-cv-0603 JFM (PC)

vs.

WALKER, et al.,

        Defendants.                      ORDER

_____/

        Plaintiff has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed June 24, 2009, plaintiff was directed to show cause, in writing and within twenty days, why this action should not be dismissed without prejudice. Twenty days have now passed and plaintiff has failed to show cause or otherwise respond to this court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: July 29, 2009.

                                            UNITED STATES MAGISTRATE JUDGE

/001; lugo0603.fsc